IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00026-MJW

U.S. COMMODITY FUTURES TRADING COMMISSION,

     Plaintiff,

v.

ARJENT CAPITAL MARKETS LLC,
CHICAGO TRADING MANAGERS LLC,
SPENCER MONTGOMERY,
BRIAN REYNOLDS, and
CATHRYN A. OLCHOWY, as nominee, alter ego, or fraudulent conveyee,

     Defendants,

and

CHASE BANK,

     Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that the plaintiff's Unopposed Motion to Dismiss Writ of Garnishment (Docket No. 10) is granted.  It is thus further

     **ORDERED** that the Writ of Garnishment issued on May 7, 2014, to Chase Bank (Docket No. 5) in this case is **DISMISSED**.

     Done this 9th day of May, 2014.

                    BY THE COURT:


                    s/ Michael J. Watanabe
                    Michael J. Watanabe
                    United States Magistrate Judge