IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-RJ-000026-MJW

U.S. COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff,

v.

ARJENT CAPITAL MARKETS LLC,
CHICAGO TRADING MANAGERS LLC,
SPENCER MONTGOMERY,
BRIAN REYNOLDS, and
CATHRYN A. OLCHOWY, as nominee, alter ego, or fraudulent conveyee,

      Defendants,

and

ELEVATIONS CREDIT UNION,

      Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT
( Docket No. 13 )

---

This matter, coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court herby ORDERS that the Writ of Garnishment issued on May 7, 2014, to Elevation Credit Union (Docket No. 7) in this case is DISMISSED.

ORDERED and entered this 14th day of May, 2014.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO